[No. 49986-6-I.   Division One.   April 28, 2003.]

TRACY L. RUDGE, *Appellant*, v. UNIVERSAL LAND CONSTRUCTION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-20180-0, Nicole MacInnes, J., entered January 24, 2002. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Agid and Ellington, JJ.

[No. 50268-9-I.   Division One.   April 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL GEBRE, *Defendant*, SHAWNTA WANZO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-05540-9, Carol A. Schapira, J., entered March 22, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50283-2-I.   Division One.   April 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL KRISTOPHER LARSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-02143-1, Charles S. French, J., entered March 26, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50613-7-I.   Division One.   April 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCUS CHRISTION, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 02-1-00525-2, David A. Nichols, J., entered June 12, 2002. *Affirmed* by unpublished per curiam opinion.